UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARI MCBRIDE </br></br> Plaintiff </br></br> vs. </br></br> ACCOUNTS RECEIVABLE MANAGEMENT, INC. </br></br> Defendant | Case Number: 1:10-cv-03292 </br></br> CIVIL ACTION |

## STIPULATION OF DISMISSAL

AND NOW, this 28th day of December, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed without prejudice and without costs.

Warren & Vullings, LLP

BY:/s/ Brent F. Vullings
   Brent F. Vullings, Esquire
   Attorney for Plaintiff

Marshall, Dennehey, Warner, Coleman & Goggin

BY (s) Andrew M. Schwartz
   Andrew M. Schwartz, Esquire
   Attorney for the Defendant

SO ORDERED,

_____, J.